## Case No. 7,213.

### JANNEY v. MANDEVILLE.

[2 Cranch, C. C. 31.] [1]

Circuit Court, District of Columbia. Nov. Term, 1811.

A writ of inquiry had been awarded in the lifetime of the defendant's intestate. The defendant [Jonathan Mandeville's administrator] offered to plead plene administravit; but THE COURT refused to receive the plea, on the authority of McKnight v. Craig's Adm'r (decided at the last term of the supreme court of the United States, in February, 1811) 6 Cranch [10 U. S.] 183, where it was ruled that after an office judgment in the lifetime of the intestate, the defendant cannot plead any plea which the intestate could not have pleaded.

## Case No. 7,214.

### JANNEY et al. v. SMITH.

[2 Cranch, C. C. 499.] [1]

Circuit Court, District of Columbia. Nov. Term, 1824.

Mr. Swann, for defendant,

Mr. Hewitt, contra.

Mr. Swann, in reply.

THE COURT (THRUSTON, Circuit Judge, absent) decided, and instructed the jury that if they should be satisfied by the evidence, that the present claim of the plaintiffs had been set up and insisted upon by the present plaintiffs as a set-off in the former action of Smith against them, and that it was not afterwards withdrawn by them from the consideration of the jury, before they retired to consider of their verdict, and they gave a verdict upon the whole matter; that verdict was conclusive against the plaintiffs in the present action.